# Third District Court of Appeal
## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1357
Lower Tribunal No. F07-36268B
_____

**Brandon Burks,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Brandon Burks, in proper person.

Ashley Moody, Attorney General,  for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.